**Dismissed and Memorandum Opinion filed August 5, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00660-CR

_____

## PAUL LEBLANC, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 359th District Court
Montgomery County, Texas
Trial Court Cause No. 12-06-06315-CR**

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of aggravated sexual assault of a child.  On June 10, 2013, the trial court sentenced appellant to confinement for thirty years in the Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a notice of appeal on July 9, 2013.

This court ordered a hearing to determine why appellant's counsel had not filed a brief in this appeal. The trial court conducted the hearing and the record of the hearing was filed in this court.

At the hearing, appellant, together with his counsel, confirmed that he had discussed the issues with counsel and determined that appellant no longer wished to pursue his appeal. The trial court asked appellant, "[D]o you wish to continue the appeal?" Appellant replied, "No." The trial court stated on the record that appellant "has indicated to me, two or three times, that he no longer desires to prosecute this appeal."

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Boyce, Busby and Wise.

Do Not Publish – Tex. R. App. P. 47.2(b).